UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSEPH HUDSON, on behalf of himself and others similarly _____, )
      Plaintiff (s), )
       )
v. ) Case No.
       )
CAPITAL VACATIONS, LLC, )
_____, )
      Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

Faraji Edwards
_____
(name and address of process server)
8741 Evangeline Dr, North Charleston, SC 29420
_____

_____

To serve: __Capital Vacations, LLC__
_____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

05/30/2024                         /s/ M. Cory Nelson
_____                             _____
(date)                                 (attorney for Plaintiff)

                                             _____
                                             (attorney for Defendant)