**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| JOSEPH HUDSON, on behalf of himself and others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:24-cv-00757-SPM |
| CAPITAL VACATIONS LLC, a Delaware limited liability company | ) ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Christopher F. Weiss and the law firm of Spencer Fane LLP hereby enters his appearance on behalf of Defendant Capital Vacations LLC.

**SPENCER FANE LLP**

By: */s/ Christopher F. Weiss*
Christopher F. Weiss   MOED# 49314MO
2144 E. Republic Rd., Suite B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile: (417) 881-8035
cweiss@spencerfane.com

*Attorneys for Defendant Capital Vacations LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 26th day of June, 2024, by the court's e-filing system to all parties of record.

/s/   Christopher F. Weiss
Attorney